IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

VIOLATION NOS.   2/MS0028379
                 2M/S0027112,3

UNITED STATES OF AMERICA,

V.

LARRY KEY

---

ORDER

---

ORDER ENTERED BY SR. U.S. DISTRICT JUDGE DANIEL B. SPARR

In light of the fact that it was not possible to bring the defendant before this Court on this day of June 16, 2006, and that the Court notes that the defendant is charged with collateral forfeiture offenses,

IT IS HEREBY ORDERED that the Defendant be released forthwith on his own recognizance. Defendant is further directed to appear before this Court at 212 North Wahsatch, Suite 101, Colorado Springs, Colorado, on **JUNE 21, 2006**, at the hour of 10:00 a.m.

Dated: June 16, 2006.

BY THE COURT:

_____
Daniel B. Sparr
Senior U.S. District Court Judge